AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

MICHAEL WILLIAMS KERSEY,

<blockquote>Petitioner,</blockquote>

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: CV 224-124
(CR 221-037)

UNITED STATES OF AMERICA,

<blockquote>Respondent.</blockquote>

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's January 27, 2025 Order, Petitioner's 28 U.S.C. § 2255 motion is granted in part and dismissed in part. The motion is granted to the extent Petitioner requests to file an out-of-time appeal. All other claims are dismissed without prejudice. The Court vacates the prior judgment and re-imposes the identical sentence. This case stands closed.

Approved by: _____

**HON. LISA GODBEY WOOD, JUDGE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

January 30, 2025
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Deputy Clerk*